ELEANOR TERRETT, RESPONDENT, *v.* THE BROOKLYN IM-
PROVEMENT COMPANY AND OTHERS, APPELLANTS.

Judgment and order denying new trial affirmed, with costs.

Opinion by DYKMAN, J.; GILBERT, J., dissenting, and opinion by him.